**Order entered May 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00083-CR

**CHAD ELDON HUDSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F14-51555-I**

## ORDER

The Court **GRANTS** court reporter Velma Loza's May 18, 2015 second motion for extension of time to file the reporter's record.

We **ORDER** Ms. Loza to file the reporter's record within **FIFTEEN (15) DAYS** from the date of this order.

/s/    ADA BROWN
         JUSTICE